# ELECTRONIC RECORD

1145-15

COA #   05-14-00695-CR                     OFFENSE:  1

STYLE:  James Edward Rogers, Jr. v. The
        State of Texas                      COUNTY:  Hunt

COA DISPOSITION:      AFFIRM                TRIAL COURT:  196th Judicial District Court

DATE: 07/20/15              Publish: NO     TC CASE #:    28576

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  James Edward Rogers, Jr. v. The
        State of Texas                      CCA #:    1145-15

        PRO SE              . Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:     _____

        REFUSED                            JUDGE:    _____

DATE:   11/18/2015                         SIGNED: _____        PC: _____

JUDGE:  _____                  PUBLISH: _____       DNP: _____

--------------------------

                                           _____ MOTION FOR

                                           REHEARING IN CCA IS: _____

                                           JUDGE: _____

## ELECTRONIC RECORD